IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB THOMAS EARLS                                                                    PLAINTIFF

v.                                       No. 3:22-cv-5-DPM

STEVE FRANKS, Sheriff, Greene
County Sheriff's Department;
ASHLEY WORCESTER, Lieutenant,
Greene County Sheriff's Department;
SHANE MARTIN, Sex Offender Cop,
Greene County Sheriff's Department;
CALEB PITCHER, Deputy, Greene
County Sheriff's Department; LISA
MCQUAY, Nurse, Turn Key Medical,
Inc.; BAILEY BURNS, Nurse, Turn Key
Medical, Inc.; KRISTINA GIBSON,
Nurse, Turn Key Medical, Inc.; ROBERT
CASE, Jail Administrator, Greene County
Jail; and SHANNON ANTHONY, Deputy,
Greene County Sheriff's Department                                                 DEFENDANTS

ORDER

The Court received Earls's amended complaint in two batches. The last four pages came first. *Doc. 14.* The Magistrate Judge made his recommendation on them. Then the first seven pages of the pleading arrived. *Doc. 17.* Earls has also filed three objections. *Doc. 20, 21 & 23.* In the circumstances, the Court declines the recommendation, *Doc. 16*, without prejudice. And the Court returns the case to the Magistrate

-2-

Judge for an updated recommendation based on Earls's entire complaint and the objections.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2022