IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB THOMAS EARLS                                                    PLAINTIFF

v.                          No. 3:22-cv-5-DPM

STEVE FRANKS, Sheriff, Greene
County Sheriff's Department;
ASHLEY WORCESTER, Lieutenant,
Greene County Sheriff's Department;
SHANE MARTIN, Sex Offender Cop,
Greene County Sheriff's Department;
CALEB PITCHER, Deputy, Greene
County Sheriff's Office;  LISA
MCQUAY, Nurse, Turn Key Medical,
Inc.;  BAILEY BURNS, Nurse, Turn Key
Medical, Inc.;  KRISTINA GIBSON,
Nurse, Turn Key Medical, Inc.;  ROBERT
CASE, Jail Administrator, Greene County
Jail; and SHANNON ANTHONY, Deputy,
Greene County Sheriff's Department                                   DEFENDANTS

ORDER

1.     The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 26*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Earls's due process claim and inadequate medical care claims against Defendants Worcester and Anthony will be dismissed without prejudice.  Earls's amended complaint hasn't renewed any allegations against Defendants McQuay, Burns, Gibson, or Case, so they will be dismissed without prejudice.  And the Court

agrees with Magistrate Judge Volpe's classification of this case and directs the Clerk to reclassify it as a 550 action.

2.   The rest of Earls's case is stayed. *Younger v. Harris*, 401 U.S. 37 (1971). The Court directs the Clerk to administratively terminate this case. Earls may move to reopen after final disposition of his state case, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. If Earls doesn't file a timely motion to reopen or a status report by 13 May 2023, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2022